No. 601. POLAR ICE CREAM & CREAMERY CO. *v.* ANDREWS ET AL., CONSTITUTING THE FLORIDA MILK COM-MISSION. Appeal from the United States District Court

for the Northern District of Florida. Probable jurisdiction noted. *Joe J. Harrell* and *J. A. McClain, Jr.* for appellant. *Richard W. Ervin,* Attorney General of Florida, and *Joseph C. Jacobs,* Assistant Attorney General, for appellees.